395 A.2d 985

Hack, Appellant, v. Hack et al.

Argued September 12, 1978. E. McCandless, and with him Howard M. Girsh, for appellant; David M. McCormick, for appellees.

438

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.